| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R. | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>4/9/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (non-compensated) | College Success Foundation (non-profit organization); beginning approximately 11/01/01. (formerly known as Washington Education Foundation) |
| 2. | Law Council Member (non-compensated) | University of Idaho College of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Suko, Lonny R.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Part-time self employment as guardian ad litem |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College Success Foundation (formerly Washington Education Foundation) | May 5-6, 2009 | Seattle | Board Meeting | Mileage, lodging and food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wash. Mutual Savings Bank, (Account) (now Chase Bank) | A | Interest | L | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. US Bank, (Account) | A | Interest | L | T | | | | | |
| 4. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 5. American Express Bond Fund | A | Interest | K | T | | | | | |
| 6. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 7. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 8. Wachovia (X) (Account) | D | Int./Div. | M | T | | | | | |
| 9. Management Acct. #1 | | | | | | | | | |
| 10. -ISHARES MSCI EAFE INDEX | | | | | Sold (part) | 02/17/09 | J | | |
| 11. | | | | | Sold (part) | 02/18/09 | J | | |
| 12. | | | | | Sold (part) | 03/11/09 | K | | |
| 13. | | | | | Buy | 04/02/09 | K | | |
| 14. | | | | | Buy | 04/09/09 | J | | |
| 15. | | | | | Sold (part) | 08/20/09 | J | | |
| 16. | | | | | Buy | 10/14/09 | J | | |
| 17. | | | | | Sold (part) | 10/30/09 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Sold | 11/25/09 | J | A | |
| 19.    -ISHARES S&P MIDCAP 400 | | | | | Sold (part) | 02/17/09 | J | | |
| 20. | | | | | Buy | 02/18/09 | J | | |
| 21. | | | | | Sold (part) | 04/02/09 | K | | |
| 22. | | | | | Buy | 08/20/09 | K | | |
| 23. | A | Dividend | | | Sold | 10/30/09 | K | A | |
| 24.    -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 02/17/09 | J | | |
| 25. | | | | | Buy | 02/18/09 | J | | |
| 26. | | | | | Buy | 04/02/09 | K | | |
| 27. | | | | | Buy | 04/09/09 | J | | |
| 28. | | | | | Sold (part) | 06/16/09 | K | | |
| 29. | | | | | Sold (part) | 08/20/09 | J | | |
| 30. | | | | | Buy | 10/09/09 | J | | |
| 31. | | | | | Sold (part) | 10/23/09 | L | | |
| 32. | | | | | Buy | 11/11/09 | J | | |
| 33. | B | Dividend | L | T | Buy | 11/25/09 | J | | |
| 34.    -POWERSHARES DB PREC MTLS | | | | | Buy | 2/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 02/18/09 | J | | |
| 36. | | | | | Sold (part) | 04/02/09 | K | | |
| 37. | | | | | Buy | 08/20/09 | J | | |
| 38. | | | | | Sold (part) | 11/02/09 | J | A | |
| 39. | | | | | Buy | 11/11/09 | J | | |
| 40. | | None | L | T | Buy | 11/25/09 | K | | |
| 41. -VANGUARD TOTAL BOND | | | | | Sold (part) | 02/18/09 | K | A | |
| 42. | | | | | Sold (part) | 04/02/09 | L | | |
| 43. | | | | | Buy | 08/20/09 | K | | |
| 44. | B | Dividend | | | Sold | 11/25/09 | K | A | |
| 45. -VANGUARD EMRG MKTS ETF | | | | | Sold (part) | 02/18/09 | J | | |
| 46. | | | | | Buy | 04/02/09 | K | | |
| 47. | | | | | Sold (part) | 04/09/09 | J | A | |
| 48. | | | | | Sold (part) | 11/02/09 | J | A | |
| 49. | | | | | Buy | 11/16/09 | K | | |
| 50. | | | | | Sold (part) | 11/19/09 | K | D | |
| 51. | | | | | Buy | 11/25/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52. | | | None | | | Sold | 11/27/09 | L |
| 53. | -Barclays Bank PLC Ipath Exchange Trd Notes | | None | | | Sold | 04/02/09 | J |
| 54. | -FINANCIAL SECTOR SPDR | | None | | | Sold | 01/15/09 | J |
| 55. | -ISHARES S&P SMALLCAP 600 | | | | | Sold (part) | 02/17/09 | J |
| 56. | | | | | | Buy | 02/18/09 | J |
| 57. | | | | | | Sold (part) | 04/02/09 | K |
| 58. | | | | | | Buy | 08/20/09 | K |
| 59. | | A | Dividend | | | Sold | 10/30/09 | K |
| 60. | -ISHRES BARCLY TIPS BD FD | | | | | Sold (part) | 02/18/09 | J |
| 61. | | | | | | Buy | 04/02/09 | K |
| 62. | | | | | | Buy | 04/09/09 | J |
| 63. | | | | | | Buy | 08/20/09 | J |
| 64. | | B | Dividend L | T | | Buy | 11/25/09 | J |
| 65. | -ISHRS BRCLY SHRT TRES BD | | | | | Buy | 2/17/09 | J |
| 66. | | | | | | Sold (part) | 2/18/09 | K |
| 67. | | | | | | Sold (part) | 03/11/09 | K |
| 68. | | | | | | Sold (part) | 04/02/09 | L |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 04/09/09 | L | | |
| 70. | | | | | Buy | 08/20/09 | J | | |
| 71. | | | | | Buy | 11/02/09 | J | | |
| 72. | A | Dividend | | | Sold | 11/25/09 | L | | |
| 73.    -SPDR BRCL CAP 1-3MTH ETF (X) | | | | | Sold (part) | 02/18/09 | J | | |
| 74. | | | | | Buy | 04/02/09 | L | | |
| 75. | | | | | Buy | 04/09/09 | J | | |
| 76. | | | | | Sold (part) | 08/20/09 | L | | |
| 77. | A | Dividend | | | Sold | 10/14/09 | L | A | |
| 78.    -IPATH ETN SER A DJ AIG | | | | | Buy | 02/17/09 | J | | |
| 79. | | | | | Buy | 02/18/09 | J | | |
| 80. | | None | | | Sold | 04/02/09 | K | | |
| 81.    -IPATH JB UBS COMMOD ETN | | | | | Buy | 10/14/09 | K | | |
| 82. | | None | | | Sold | 11/25/09 | K | A | |
| 83.    -ISHARES FTSE/XINHUA CH25 | | | | | Buy | 04/02/09 | K | | |
| 84. | | | | | Sold (part) | 04/09/09 | J | A | |
| 85. | A | Dividend | | | Sold | 11/25/09 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -ISHARES S&P PRD STOCK | | | | | Buy | 04/02/09 | L | | |
| 87. | | None | | | Sold | 04/09/09 | L | B | |
| 88.   -ISHARES INV GR BOND ETF | | | | | Buy | 02/18/09 | K | | |
| 89. | A | Dividend | | | Sold | 04/02/09 | K | | |
| 90.   -IPATH GOLDMAN SACHS CRUD OIL | | | | | Buy | 08/20/09 | K | | |
| 91. | | | | | Sold (part) | 11/02/09 | J | A | |
| 92. | | None | K | T | Buy | 11/25/09 | K | | |
| 93.   -POWERSHARE US DOLLAR IDX | | | | | Buy | 04/02/09 | J | | |
| 94. | | | | | Sold (part) | 04/09/09 | J | A | |
| 95. | | | | | Sold (part) | 05/08/09 | J | | |
| 96. | | | | | Buy | 10/27/09 | J | | |
| 97. | | | | | Buy | 11/02/09 | J | | |
| 98. | | | | | Sold (part) | 11/16/09 | J | | |
| 99. | | | | | Buy | 11/25/09 | K | | |
| 100. | | None | L | T | Buy | 12/23/09 | K | | |
| 101.   -POWERSHARES DB US DOL | | | | | Buy | 10/09/09 | J | | |
| 102. | | | | | Buy | 10/14/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | None | | | Sold | 10/21/09 | J | A | |
| 104. -POWERSHARES QQQ SER 1 ETF | | | | | Buy | 08/20/09 | K | | |
| 105. | | | | | Buy | 10/09/09 | J | | |
| 106. | | | | | Sold (part) | 10/26/09 | K | B | |
| 107. | | | | | Buy | 11/16/09 | L | | |
| 108. | | | | | Sold (part) | 11/19/09 | K | | |
| 109. | A | Dividend | | | Sold | 11/25/09 | K | | |
| 110. -PWRSHRE DB CRUDE OIL ETN | | | | | Buy | 04/02/09 | K | | |
| 111. | | | | | Sold (part) | 04/09/09 | J | | |
| 112. | | None | | | Sold | 08/20/09 | J | C | |
| 113. -PROSHRS ULTRA SHT S&P500 | | | | | Buy | 03/11/09 | L | | |
| 114. | | | | | Sold (part) | 04/02/09 | K | | |
| 115. | | | | | Buy | 04/09/09 | L | | |
| 116. | | | | | Sold (part) | 04/17/09 | L | | |
| 117. | | | | | Buy | 04/21/09 | L | | |
| 118. | | | | | Sold (part) | 05/08/09 | K | | |
| 119. | | | | | Sold (part) | 06/01/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 06/22/09 | K | | |
| 121. | | None | | | Sold | 08/20/09 | K | | |
| 122. -PROSHARES SHORT S&P 500 | | | | | Buy | 02/18/09 | J | | |
| 123. | | | | | Sold (part) | 04/02/09 | J | | |
| 124. | | | | | Buy | 10/26/09 | K | | |
| 125. | | | | | Buy | 11/02/09 | J | | |
| 126. | | | | | Sold (part) | 11/11/09 | K | | |
| 127. | | | | | Buy | 11/19/09 | K | | |
| 128. | | None | L | T | Buy | 11/25/09 | K | | |
| 129. -SPDR GOLD TRUST ETF | | | | | Buy | 09/17/09 | K | | |
| 130. | | | | | Sold (part) | 11/02/09 | J | A | |
| 131. | | | | | Buy | 11/04/09 | J | | |
| 132. | | | | | Buy | 11/11/09 | J | | |
| 133. | | None | | | Sold | 11/25/09 | K | C | |
| 134. -ULTRA FINANCIAL PROSETF | | | | | Buy | 04/02/09 | J | | |
| 135. | | | | | Sold (part) | 04/09/09 | J | A | |
| 136. | | | | | Buy | 05/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | None | | | Sold | 06/16/09 | J | A | |
| 138. -WISDOMTREE L/C DVD FD | | | | | Buy | 04/02/09 | L | | |
| 139. | | | | | Sold (part) | 04/09/09 | J | A | |
| 140. | | | | | Sold (part) | 06/16/09 | J | B | |
| 141. | | | | | Sold (part) | 08/20/09 | J | A | |
| 142. | A | Dividend | | | Sold | 10/01/09 | K | D | |
| 143. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | A | Dividend | M | T | Buy | 11/25/09 | M | . | |
| 144. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 145. -ISHARES MSCI EAFE INDEX | | | | | Sold (part) | 02/17/09 | J | | |
| 146. | | | | | Sold (part) | 02/18/09 | J | | |
| 147. | | | | | Sold (part) | 03/11/09 | K | | |
| 148. | | | | | Buy | 04/02/09 | K | | |
| 149. | | | | | Buy | 04/09/09 | J | | |
| 150. | | | | | Sold (part) | 08/20/09 | J | B | |
| 151. | | | | | Buy | 10/14/09 | K | | |
| 152. | | | | | Sold (part) | 10/30/09 | K | D | |
| 153. | | None | | | Sold | 11/25/09 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -ISHARES S&P MIDCAP 400 | | | | | Sold (part) | 02/17/09 | J | | |
| 155. | | | | | Buy | 02/18/09 | J | | |
| 156. | | | | | Sold (part) | 04/02/09 | L | | |
| 157. | | | | | Buy | 08/20/09 | L | | |
| 158. | | None | | | Sold | 10/30/09 | L | B | |
| 159. -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 02/17/09 | J | | |
| 160. | | | | | Buy | 02/18/09 | K | | |
| 161. | | | | | Buy | 04/02/09 | K | | |
| 162. | | | | | Buy | 04/09/09 | J | | |
| 163. | | | | | Sold (part) | 06/16/09 | K | | |
| 164. | | | | | Sold (part) | 08/20/09 | J | | |
| 165. | | | | | Buy | 10/09/09 | K | | |
| 166. | | | | | Sold (part) | 10/23/09 | M | | |
| 167. | | | | | Buy | 11/11/09 | J | | |
| 168. | E | Int./Div. | M | T | Buy | 11/25/09 | J | | |
| 169. -ISHARES S&P SMALLCAP 600 | | | | | Sold (part) | 02/17/09 | J | | |
| 170. | | | | | Buy | 02/18/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 04/02/09 | L | | |
| 172. | | | | | Buy | 08/20/09 | K | | |
| 173. | | None | | | Sold | 10/30/09 | K | | |
| 174.  -POWERSHARES DB PREC MTLS. | | | | | Buy | 02/17/09 | J | | |
| 175. | | | | | Buy | 02/18/09 | K | | |
| 176. | | | | | Sold (part) | 04/02/09 | K | | |
| 177. | | | | | Buy | 08/20/09 | K | | |
| 178. | | | | | Sold (part) | 11/02/09 | J | B | |
| 179. | | | | | Buy | 11/11/09 | J | | |
| 180. | | None | L | T | Buy | 11/25/09 | L | | |
| 181.  -FINANCIAL SECTOR SPDR | | None | | | Sold | 01/15/09 | J | | |
| 182.  -VANGUARD TOTAL BOND | | | | | Buy | 02/17/09 | J | | |
| 183. | | | | | Sold (part) | 02/18/09 | K | A | |
| 184. | | | | | Sold (part) | 04/02/09 | M | A | |
| 185. | | | | | Buy | 08/20/09 | L | | |
| 186. | B | Int./Div. | | | Sold | 11/25/09 | L | A | |
| 187.  -VANGUARD EMRG MKTS ETF | | | | | Sold (part) | 02/18/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 04/02/09 | K | | |
| 189. | | | | | Sold (part) | 04/09/09 | J | A | |
| 190. | | | | | Buy | 08/20/09 | J | | |
| 191. | | | | | Sold (part) | 11/02/09 | J | A | |
| 192. | | | | | Buy | 11/16/09 | K | | |
| 193. | | | | | Sold (part) | 11/19/09 | K | E | |
| 194. | | | | | Buy | 11/25/09 | L | | |
| 195. | | None | | | Sold | 11/27/09 | M | | |
| 196. -Barclays Bank PLC Ipath Exchange Trd Notes FD | | None | | | Sold | 04/02/09 | J | | |
| 197. -ISHRES BARCLY TIPS BD FD | | | | | Buy | 02/17/09 | J | | |
| 198. | | | | | Sold (part) | 02/18/09 | J | | |
| 199. | | | | | Buy | 04/02/09 | K | | |
| 200. | | | | | Buy | 04/09/09 | J | | |
| 201. | | | | | Buy | 08/20/09 | J | | |
| 202. | B | Int./Div. | M | T | Buy | 11/25/09 | J | | |
| 203. -ISHRS SHRT TRES BD | | | | | Buy | 02/17/09 | J | | |
| 204. | | | | | Sold (part) | 02/18/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/02/09 | M | | |
| 206. | | | | | Buy | 04/09/09 | L | | |
| 207. | | | | | Buy | 08/20/09 | J | | |
| 208. | | | | | Buy | 11/02/09 | J | | |
| 209. | | None | | | Sold | 11/25/09 | M | | |
| 210. -SPDR BRCL CAP 1-3MTH ETF (X) | | | | | Buy | 02/17/09 | J | | |
| 211. | | | | | Sold (part) | 02/18/09 | J | | |
| 212. | | | | | Buy | 04/02/09 | M | | |
| 213. | | | | | Buy | 04/09/09 | J | | |
| 214. | | | | | Sold (part) | 08/20/09 | L | | |
| 215. | | None | | | Sold | 10/14/09 | M | A | |
| 216. -IPATH ETN SER A DJ AIG FD | | | | | Buy | 02/17/09 | J | | |
| 217. | | | | | Buy | 02/18/09 | K | | |
| 218. | | None | | | Sold | 04/02/09 | K | | |
| 219. -IPATH JB UBS COMMOD ETN | | | | | Buy | 10/14/09 | K | | |
| 220. | B | Int./Div. | | | Sold | 11/25/09 | K | B | |
| 221. -ISHARES FTSE/XINHUA CH25 | | | | | Buy | 04/02/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 04/09/09 | J | A | |
| 223. | | | | | Buy | 08/20/09 | J | | |
| 224. | D | Int./Div. | | | Sold | 11/25/09 | K | D | |
| 225.  -ISHARES S&P PRD STOCK | | | | | Buy | 04/02/09 | L | | |
| 226. | C | Int./Div. | | | Sold | 04/09/09 | L | C | |
| 227.  -ISHARES INV GR BOND ETF. | | | | | Buy | 02/18/09 | K | | |
| 228. | | None | | | Sold | 04/02/09 | K | | |
| 229.  -IPATH GOLDMAN SACHS CRUD OIL | | | | | Buy | 08/20/09 | J | | |
| 230. | | | | | Sold (part) | 11/02/09 | J | A | |
| 231. | A | Int./Div. | L | T | Buy | 11/25/09 | K | | |
| 232.  -POWERSHARE US DOLLAR IDX | | | | | Buy | 04/02/09 | K | | |
| 233. | | | | | Sold (part) | 04/09/09 | J | A | |
| 234. | | | | | Sold (part) | 05/08/09 | K | | |
| 235. | | | | | Buy | 10/27/09 | K | | |
| 236. | | | | | Buy | 11/02/09 | K | | |
| 237. | | | | | Sold (part) | 11/16/09 | K | | |
| 238. | | | | | Buy | 11/25/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | B | Int./Div. | M | T | Buy | 12/23/09 | K | | |
| 240. -POWERSHARES DB US DOLL | | | | | Buy | 10/09/09 | J | | |
| 241. | | | | | Buy | 10/14/09 | J | | |
| 242. | A | Int./Div. | | | Sold | 10/21/09 | K | A | |
| 243. -POWERSHARES QQQ SER1 ETF | | | | | Buy | 08/20/09 | K | | |
| 244. | | | | | Buy | 10/09/09 | K | | |
| 245. | | | | | Sold (part) | 10/26/09 | L | C | |
| 246. | | | | | Buy | 11/16/09 | M | | |
| 247. | | | | | Sold (part) | 11/19/09 | K | | |
| 248. | B | Int./Div. | | | Sold | 11/25/09 | L | | |
| 249. -PWRSHRE DB CRUDE OIL ETN | | | | | Buy | 04/02/09 | K | | |
| 250. | | | | | Sold (part) | 04/09/09 | K | | |
| 251. | D | Int./Div. | | | Sold | 08/20/09 | J | D | |
| 252. -PROSHRS ULTR SHT S&P 500 | | | | | Buy | 03/11/09 | M | | |
| 253. | | | | | Sold (part) | 04/02/09 | L | | |
| 254. | | | | | Buy | 04/09/09 | L | | |
| 255. | | | | | Sold (part) | 04/17/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy | 04/21/09 | M | | |
| 257. | | | | | Sold (part) | 05/08/09 | K | | |
| 258. | | | | | Sold (part) | 06/01/09 | K | | |
| 259. | | | | | Buy | 06/22/09 | K | | |
| 260. | | None | | | Sold | 08/20/09 | K | | |
| 261. -PROSHARES SHORT S&P 500 | | | | | Buy | 02/17/09 | J | | |
| 262. | | | | | Sold (part) | 02/18/09 | K | | |
| 263. | | | | | Sold (part) | 04/02/09 | K | | |
| 264. | | | | | Buy | 10/26/09 | L | | |
| 265. | | | | | Buy | 11/02/09 | K | | |
| 266. | | | | | Sold (part) | 11/11/09 | K | | |
| 267. | | | | | Buy | 11/19/09 | K | | |
| 268. | | None | M | T | Buy | 11/25/09 | L | | |
| 269. -SPDR GOLD TRUST ETF | | | | | Buy | 09/17/09 | K | | |
| 270. | | | | | Sold (part) | 11/02/09 | J | A | |
| 271. | | | | | Buy | 11/04/09 | K | | |
| 272. | | | | | Buy | 11/11/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | D | Int./Div. | | | Sold | 11/25/09 | L | C | |
| 274.  -ULTRA FINANCIAL PROSETF | | | | | Buy | 04/02/09 | K | | |
| 275. | | | | | Sold (part) | 04/09/09 | J | B | |
| 276. | | | | | Buy | 05/08/09 | K | | |
| 277. | B | Int./Div. | | | Sold | 06/16/09 | K | A | |
| 278.  -WISDOMTREE L/C DVD FD | | | | | Buy | 04/02/09 | L | | |
| 279. | | | | | Sold (part) | 04/09/09 | J | A | |
| 280. | | | | | Sold (part) | 06/16/09 | K | B | |
| 281. | | | | | Sold (part) | 08/20/09 | J | A | |
| 282. | E | Int./Div. | | | Sold | 10/01/09 | K | E | |
| 283.  -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | | None | M | T | Buy | 11/25/09 | M | | |
| 284.  IRA #2 | A | Int./Div. | L | T | | | | | |
| 285.  -ISHARES MSCI EAFE INDEX | | | | | Sold (part) | 02/18/09 | J | | |
| 286. | | | | | Sold (part) | 03/11/09 | J | | |
| 287. | | | | | Buy | 04/02/09 | J | | |
| 288. | | | | | Buy | 04/09/09 | J | | |
| 289. | | | | | Sold (part) | 08/20/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 292. | | None | | | Sold (part) | 11/25/09 | J | A |
| 293. -ISHARES S&P MIDCAP 400 | | | | | Buy | 02/18/09 | J | |
| 294. | | | | | Sold (part) | 04/02/09 | J | |
| 295. | | | | | Buy | 08/20/09 | J | |
| 296. | | None | | | Sold | 10/30/09 | J | A |
| 297. -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 02/17/09 | J | |
| 298. | | | | | Buy | 02/18/09 | J | |
| 299. | | | | | Buy | 04/02/09 | J | |
| 300. | | | | | Sold (part) | 06/16/09 | J | |
| 301. | | | | | Sold (part) | 08/20/09 | J | |
| 302. | | | | | Buy | 10/09/09 | J | |
| 303. | | | | | Sold (part) | 10/23/09 | J | |
| 304. | | | | | Sold (part) | 11/02/09 | J | A |
| 305. | | | | | Buy | 11/11/09 | J | |
| 306. | B | Int./Div. | J | T | Buy | 11/25/09 | J | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -ISHARES S&P SMALLCAP 600 | | | | | Buy | 02/18/09 | J | | |
| 308. | | | | | Sold (part) | 04/02/09 | J | | |
| 309. | | | | | Buy | 08/20/09 | J | | |
| 310. | | None | | | Sold | 10/30/09 | J | | |
| 311. -POWERSHARES DB PREC MTLS. | | | | | Buy | 02/18/09 | J | | |
| 312. | | | | | Sold (part) | 04/02/09 | J | | |
| 313. | | | | | Buy | 08/20/09 | J | | |
| 314. | | | | | Sold (part) | 11/02/09 | J | A | |
| 315. | | | | | Buy | 11/11/09 | J | | |
| 316. | | None | J | T | Buy | 11/25/09 | J | | |
| 317. -FINANCIAL SECTOR SPDR | | None | | | Sold | 01/15/09 | J | | |
| 318. -VANGUARD TOTAL BOND | | | | | Sold (part) | 02/18/09 | J | A | |
| 319. | | | | | Sold (part) | 04/02/09 | J | | |
| 320. | | | | | Buy | 08/20/09 | J | | |
| 321. | A | Int./Div. | | | Sold | 11/25/09 | J | A | |
| 322. -VANGUARD EMRG MKTS ETF | | | | | Sold (part) | 02/18/09 | J | | |
| 323. | | | | | Buy | 04/02/09 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less          K =$15,001 - $50,000      L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                      P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)      S =Assessment          T =Cash Market
(See Column C2)              U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 04/09/09 | J | A | |
| 325. | | | | | Buy | 08/20/09 | J | | |
| 326. | | | | | Sold (part) | 11/02/09 | J | A | |
| 327. | | | | | Buy | 11/16/09 | J | | |
| 328. | | | | | Sold (part) | 11/19/09 | J | B | |
| 329. | | | | | Buy | 11/25/09 | J | | |
| 330. | | None | | | Sold | 11/27/09 | J | | |
| 331. -Barclays Bank PLC Ipath Exchange Trd Notes FD | | None | | | Sold | 04/02/09 | J | | |
| 332. -ISHRES BARCLY TIPS BD FD | | | | | Sold (part) | 02/18/09 | J | | |
| 333. | | | | | Buy | 04/02/09 | J | | |
| 334. | | | | | Buy | 04/09/09 | J | | |
| 335. | A | Int./Div. | J | T | Buy | 08/20/09 | J | | |
| 336. -ISHRS SHRT TRES BD | | | | | Sold (part) | 02/18/09 | J | A | |
| 337. | | | | | Sold (part) | 04/02/09 | J | | |
| 338. | | | | | Buy | 04/09/09 | J | | |
| 339. | | | | | Buy | 08/20/09 | J | | |
| 340. | | | | | Buy | 11/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

NONE

| # | | | | Transaction | Date | Value Code | Gain Code |
|---|---|---|---|---|---|---|---|
| 341. | | None | | Sold | 11/25/09 | J | |
| 342. -SPDR BRCL CAP 1-3MTH ETF (X) | | | | Buy | 02/17/09 | J | |
| 343. | | | | Sold (part) | 02/18/09 | J | |
| 344. | | | | Buy | 04/02/09 | J | |
| 345. | | | | Buy | 04/09/09 | J | |
| 346. | | | | Sold (part) | 08/20/09 | J | |
| 347. | | None | | Sold | 10/14/09 | J | A |
| 348. -IPATH ETN SER A DJ AIG FD | | | | Buy | 02/18/09 | J | |
| 349. | | None | | Sold | 04/02/09 | J | |
| 350. -IPATH JB UBS COMMOD ETN | | | | Buy | 10/14/09 | J | |
| 351. | A | Int./Div. | | Sold | 11/25/09 | J | A |
| 352. -ISHARES FTSE/XINHUA CH25 | | | | Buy | 04/02/09 | J | |
| 353. | | | | Sold (part) | 04/09/09 | J | A |
| 354. | | | | Buy | 08/20/09 | J | |
| 355. | A | Int./Div. | | Sold | 11/25/09 | J | A |
| 356. -ISHARES S&P PRD STOCK | | | | Buy | 04/02/09 | J | |
| 357. | A | Int./Div. | | Sold | 04/09/09 | J | A |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -ISHARES INV GR BOND ETF. | | | | | Buy | 02/18/09 | J | | |
| 359. | | None | | | Sold | 04/02/09 | J | | |
| 360. -IPATH GOLDMAN SACHS CRUD OIL | | | | | Buy | 08/20/09 | J | | |
| 361. | | | | | Sold (part) | 11/02/09 | J | A | |
| 362. | | None | J | T | Buy | 11/25/09 | J | | |
| 363. -POWERSHARE US DOLLAR IDX | | | | | Buy | 04/02/09 | J | | |
| 364. | | | | | Sold (part) | 05/08/09 | J | | |
| 365. | | | | | Buy | 10/27/09 | J | | |
| 366. | | | | | Buy | 11/02/09 | J | | |
| 367. | | | | | Sold (part) | 11/16/09 | J | | |
| 368. | | | | | Buy | 11/25/09 | J | | |
| 369. | A | Int./Div. | J | T | Buy | 12/23/09 | J | | |
| 370. -POWERSHARES DB US DOLL | | | | | Buy | 10/09/09 | J | | |
| 371. | | | | | Buy | 10/14/09 | J | | |
| 372. | A | Int./Div. | | | Sold | 10/21/09 | J | A | |
| 373. -POWERSHARES QQQ SER1 ETF | | | | | Buy | 08/20/09 | J | | |
| 374. | | | | | Buy | 10/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 10/26/09 | J | A | |
| 376. | | | | | Buy | 11/16/09 | J | | |
| 377. | | | | | Sold (part) | 11/19/09 | J | | |
| 378. | A | Int./Div. | | | Sold | 11/25/09 | J | | |
| 379. -PWRSHRE DB CRUDE OIL ETN | | | | | Buy | 04/02/09 | J | | |
| 380. | | | | | Sold (part) | 04/09/09 | J | | |
| 381. | A | Int./Div. | | | Sold | 08/20/09 | J | A | |
| 382. -PROSHRS ULTR SHT S&P 500 | | | | | Buy | 03/11/09 | J | | |
| 383. | | | | | Sold (part) | 04/02/09 | J | | |
| 384. | | | | | Buy | 04/09/09 | J | | |
| 385. | | | | | Sold (part) | 04/17/09 | J | | |
| 386. | | | | | Buy | 04/21/09 | J | | |
| 387. | | | | | Sold (part) | 05/08/09 | J | | |
| 388. | | | | | Sold (part) | 06/01/09 | J | | |
| 389. | | | | | Buy | 06/22/09 | J | | |
| 390. | | None | | | Sold | 08/20/09 | J | | |
| 391. -PROSHARES SHORT S&P 500 | | | | | Buy | 02/18/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold (part) | 04/02/09 | J | | |
| 393. | | | | | Buy | 10/26/09 | J | | |
| 394. | | | | | Buy | 11/02/09 | J | | |
| 395. | | | | | Sold (part) | 11/11/09 | J | | |
| 396. | | | | | Buy | 11/19/09 | J | | |
| 397. | | None | J | T | Buy | 11/25/09 | J | | |
| 398. -SPDR GOLD TRUST ETF | | | | | Buy | 09/17/09 | J | | |
| 399. | | | | | Sold (part) | 11/02/09 | J | A | |
| 400. | | | | | Buy | 11/04/09 | J | | |
| 401. | | | | | Buy | 11/11/09 | J | | |
| 402. | A | Int./Div. | | | Sold | 11/25/09 | J | A | |
| 403. -ULTRA FINANCIAL PROSETF | | | | | Buy | 04/02/09 | J | | |
| 404. | | | | | Sold (part) | 04/09/09 | J | A | |
| 405. | | | | | Buy | 05/08/09 | J | | |
| 406. | A | Int./Div. | | | Sold | 06/16/09 | J | | |
| 407. -WISDOMTREE L/C DVD FD | | | | | Buy | 04/02/09 | J | | |
| 408. | | | | | Sold (part) | 06/16/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, re emption) | (2) Date mm/d /yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 08/20/09 | J | A | |
| 410. | B | Int./Div. | | | Sold | 10/01/09 | J | B | |
| 411.  -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | | None | K | T | Buy | 11/25/09 | K | | |
| 412. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 4/9/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 4, line 8: Account created from sales, dividends and interest in Management Acct. #1 during 2009.

2. Page 8, line 73: Name was changed from SPDR Lehman 1-3 Month T-Bill FD in 2008 to SPDR BRCL CAP 1-3MTH ETF in 2009.

3. Page 16, line 210: Name was changed from SPDR Lehman 1-3 Month T-Bill FD in 2008 to SPDR BRCL CAP 1-3MTH ETF in 2009.

4. Page 24, line 342: Name was changed from SPDR Lehman 1-3 Month T-Bill FD in 2008 to SPDR BRCL CAP 1-3MTH ETF in 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544